IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS BERIA | Criminal Information<br><br>No. 2:20-CR-00053 |

THE UNITED STATES ATTORNEY CHARGES THAT:

1. Beginning on a date unknown but continuing through in or about February 2017, in the Northern District of Georgia and elsewhere, the defendant, LOUIS BERIA, did knowingly devise and intend to devise a scheme and artifice to defraud the Wicker LLC and W.W., and to obtain money and property from those victims by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, well knowing and having reason to know that said pretenses, representations, and promises were and would be false and fraudulent when made and caused to be made and that said omissions were and would be material.

## Background

2. For several years, defendant LOUIS BERIA worked with W.W. to obtain, manage, and develop properties in Georgia.

3. In connection with this work, BERIA had a company called LSC1 Management.  BERIA also owned a company called Saks Management & Associates LLC.

4. In or about June 2015, W.W., through Wicker LLC, agreed to purchase the Westminster Square Apartments in Marietta, Georgia.

5. W.W. hired BERIA, through LSC1, to be the property manager for the Westminster Square Apartments.

6. BERIA, through Saks Management, owned another apartment complex, The Park at Sylvan, in Atlanta, Georgia.

## Scheme to Defraud

7. As the property manager for the Westminster Square Apartments, BERIA had access to its bank accounts and rent money.

8. On or about July 10, 2016, Saks Management and Sung Contracting entered into an agreement for construction to take place on The Park at Sylvan apartments.  BERIA signed on behalf of Saks Management.

9. The contract was to perform renovating the apartment buildings (including individual units), replacing the fence running along the property boundaries (including a mechanical entrance/exit gate), and renovating the front office and utility storage buildings.  The full contract price was $2,302,925.00 to be paid in installments.

10. BERIA paid Sung Contracting the following amounts:

| Date | Payment |
|---|---|
| July 6, 2016 | $421,155 |
| September 16, 2016 | $300,824 |
| November 14, 2016 | $350,000 |
| December 13, 2016 | $250,000 |
| January 17, 2017 | $100,000 |
| February 3, 2017 | $200,000 |

11. Each of these payments was directed by BERIA and made using funds from the Westminster Square Apartments.

12. On or about August 15, 2016, BERIA provided W.W. a written report regarding the status of various properties in the United States that BERIA managed. He included a discussion of the Westminster Square Apartments. As part of that report, BERIA included a quarterly summary of expenses, 1st phase renovation costs, and taxes for the apartments. BERIA included with those expenses a schedule claiming to show Sung Construction expenses related to the Westminster Square Apartments when he knew that those expenses related to The Park at Sylvan apartments. The schedule falsely claimed that Sung Construction had been paid $421,155 for work at the Westminster Square Apartments.

13. On or about November 5, 2016, BERIA provided W.W. another written report on the status of various properties in the United States that BERIA managed. It likewise included a discussion of the Westminster Square Apartments. BERIA included with those expenses a schedule claiming to show Sung Construction expenses related to the Westminster Square Apartments when he knew that those expenses related to The Park at Sylvan apartments. The schedule falsely claimed that Sung Construction had been paid $300,825 for work at the Westminster Square Apartments.

### Execution of Scheme to Defraud

14. On or about January 2017, in the Northern District of Georgia, the defendant, LOUIS BERIA, for the purpose of executing and attempting to execute a scheme and artifice to defraud, with intent to defraud, caused a wire communication to be transmitted in interstate commerce, to wit, a $100,000 wire transfer from LSC1's Westminster Square Apartments Bank of the Ozarks account ending in 2796 to a Bank of America account ending in 0294 to pay Sung Contracting for work on The Park at Sylvan Apartments.
All in violation of Title 18, United States Code, Section 1343.

### Forfeiture

15. Upon conviction of the offense alleged in this Criminal Information, the defendant, LOUIS BERIA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c), any property, real or personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of the violation, including, but not limited to, the following:

  a. MONEY JUDGMENT:  A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.

16. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third person;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

BYUNG J. PAK
  *United States Attorney*

CHRISTOPHER J. HUBER
  *Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181