**U.S. Department of Justice**
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Gainesville
(USAO: 2019R00252)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Forsyth          **DISTRICT COURT NO.**   2:20-CR-00053

**MAGISTRATE CASE NO.**

| Indictment | X Information | Magistrate's Complaint |
|---|---|---|
| DATE: | DATE November 4, 2020 | DATE: |

**UNITED STATES OF AMERICA**
**vs.**
**LOUIS BERIA**

SUPERSEDING INFORMATION
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   Yes   X No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   X Yes   No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:  The Honorable Richard W. Story

Attorney:  Christopher J. Huber
Defense Attorney:  Bruce Morris