FILED IN OPEN COURT
U.S.D.C. - Gainesville

NOV - 4 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| LOUIS BERIA | 2:20-CR-00053 |

I, Louis Beria, the above named defendant, who is accused of wire fraud, 18 U.S.C. § 1343 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on November 4, 2020 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Louis Beria
Defendant

_____
Bruce Morris
Counsel for Defendant

Before _____
Judicial Officer