FILED IN OPEN COURT
U.S.D.C. - Gainesville

NOV - 4 2020

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS BERIA,<br><br>Defendant. | Criminal Action No.<br><br>2:20-CR-0053-RWS |

## ORDER

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Court confirms the United States' continuing duty to disclose material evidence which is favorable to the Defendant as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. If the Court finds that the Government has failed to comply with this obligation, the Court may, as appropriate, order the production of such information; grant a continuance; impose evidentiary and other appropriate sanctions, such as requiring additional discovery training; order a new trial; or, in extreme cases, dismiss charges.

**SO ORDERED** this 4th day of November, 2020.

*[signature]*
RICHARD W. STORY
United States District Judge