# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cr-00053-RWS
## USA v. Beria
## Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 11/04/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:45 A.M.    COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 00:45                DEPUTY CLERK: Stacey Kemp
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [1]Louis Beria Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Huber representing USA<br>Bruce Morris representing Louis Beria |
| PROCEEDING CATEGORY: | Change of Plea; Initial Appearance; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Waiver of Indictment; Order re Rule 5(f) of the Federal Rules of Criminal Procedure; Consent Order and Judgment of Forfeiture; |
| MINUTE TEXT: | Cause came before the Court for Initial Appearance, Arraignment, and Plea Hearing. Defendant waived his right to appear in person for the hearing and the Court proceeded via Zoom video teleconference. Defendant entered a plea of guilty to the Criminal Information. The Court accepted and entered the plea and defendant was adjudged guilty as charged. The case will be referred to a United States Probation Officer for a presentence investigation. A sentence date will be determined following completion of the report. Defendant will remain on bond and be subject to the same terms and conditions of pretrial supervision imposed in 2:20-cr-26. |
| HEARING STATUS: | Hearing Concluded |