FILED IN OPEN COURT
U.S.D.C. - Gainesville

NOV - 4 2020

JAMES N. HATTEN, Clerk
By: /s/ SMKemp  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS BERIA | Criminal Action No.<br><br>2:20-CR-00053-RWS |

## CONSENT ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, this Court accepted the guilty plea of the Defendant to the Information and determined, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, and based upon the guilty plea, that the Defendant committed offenses involving $1,621,979.00, and

WHEREAS, the United States seeks a personal money judgment against the Defendant in the amount of $1,621,979.00, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $1,621,979.00, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

IT IS HEREBY FURTHER ORDERED that, upon the entry of this Order, the United States Attorney General or his designee may conduct discovery to identify, locate and facilitate the disposition of property subject to forfeiture in accordance with Fed. R. Crim. P. 32.2(b)(3).

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order and, pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move, pursuant to Rule 32.2(e), to amend this Order of Forfeiture to substitute property, with a value not exceeding $1,621,979.00, to satisfy the money judgment in whole or in part.

SO ORDERED THIS ___4th___ day of November, 2020.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Christopher J. Huber
Assistant United States Attorney

Consented to:

_____
Bruce H. Morris
Attorney for Defendant
Georgia Bar No. 523575
Finestone & Morris, LLP
3340 Peachtree Road, N.E., Suite 2540
Atlanta, Georgia 30326
(404) 262-2500
bmorris@fmattorneys.com