IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  PLAINTIFF,<br><br>  v.<br><br>LOUIS BERIA,<br><br>  DEFENDANT. | Criminal Action No.<br><br>2:20-CR-00053-RWS |

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that Assistant United States Attorney Andres H. Sandoval hereby files an appearance in the above-styled case, and respectfully requests that he be added as attorney of record for the United States of America.

1

Dated: January 29, 2021.

        Respectfully submitted,

        BOBBY L. CHRISTINE
          *Acting United States Attorney*

        /s/ Andres H. Sandoval
        ANDRES H. SANDOVAL
        *Assistant United States Attorney*
        Georgia Bar No. 643257
        Andres.sandoval@usdoj.gov
        600 U.S. Courthouse
        75 Ted Turner Drive SW
        Atlanta, GA 30303
        (404) 581-6000 Fax (404) 581-6181

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    PLAINTIFF,<br><br>    *v.*<br><br>LOUIS BERIA,<br><br>    DEFENDANT. | Civil Action No.<br><br>2:20-CR-00053-RWS |

## Certificate of Service

I hereby certify that the foregoing document was filed and served using the

Court's CM/ECF system, which sent a notice and link to the document to all

parties who have registered for notices of electronic filings, including:

>  Bruce Howard Morris
>  bmorris@fmattorneys.com

January 29, 2021

>  /s/ ANDRES H. SANDOVAL
>  ANDRES H. SANDOVAL
>  *Assistant United States Attorney*