IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Indictment No.: |
| v. | ) | |
| | ) | 2:20-cr-00053-RWS-1 |
| LOUIS BERIA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

COMES NOW, Randy Chartash, and enters his **Notice of Appearance** as counsel of record for the Defendant, Louis Beria, in the above-styled matter. Please send all correspondence, orders, court notices, and copies of pleadings, etc., to the undersigned.

RESPECTFULLY SUBMITTED,

**CHARTASH LAW, LLC**

/s/ *Randy S. Chartash*
RANDY S. CHARTASH, ESQ.
Georgia Bar No. 121760
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-365-3884
Fax:  404-365-3885
randy@chartashlaw.com
(404) 365-3885

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>   Plaintiff,                              )<br>                                                           )   Criminal Indictment No.:<br>   v.                                                  )<br>                                                           )   2:20-cr-00053-RWS-1<br>LOUIS BERIA,                              )<br>                                                           )<br>   Defendant.                           ) | |

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

The undersigned attorney hereby certifies that the foregoing document, which was prepared in accordance with L.R. 7.1 using Times New Roman, 14-point font, was filed using the Court's CM/ECF portal, which will automatically send service copies to all counsel of record.

This the 4th day of February, 2021.

/s/ *Randy S. Chartash*
RANDY S. CHARTASH, ESQ.
Georgia Bar No. 121760
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-365-3884
Fax:  404-365-3885
randy@chartashlaw.com
(404) 365-3885

2