IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    PLAINTIFF,<br><br>    *v.*<br><br>LOUIS BERIA,<br><br>    DEFENDANT. | Criminal Action No.<br><br>2:20-CR-00053-RWS |

**NOTICE OF DEPOSITION OF LOUIS BERIA**

PLEASE TAKE NOTICE that, pursuant to provisions of the plea agreement in this matter, the undersigned counsel, on behalf of United States of America, will take the deposition of **Louis Beria** on **Friday, February 12, 2021** at **10:00 A.M. EST via videoconference**. The office of the court reporter will send a link to all necessary parties to log into the deposition.

The deposition will be taken and the witness sworn via remote audio/visual means the oath will be administered and the deposition will be transcribed, remotely by a certified court reporter, or other person authorized to administered oaths, via audio-visual technology.  All participants must join the deposition using an electronic device with internet, video, microphone and keyboard functionality compatible with Zoom, Webex or other software as may

1

be agreed by the parties.  The witness is directed to produce for inspection and copying the documents listed in Attachment A.

The deposition will continue from day-to-day until adjourned. It will be taken for the purpose of discovery and any other purpose permitted by the applicable rules of procedure.

Dated: February 10, 2021.

>Respectfully submitted,
>
>KURT R. ERSKINE
>   *Acting United States Attorney*
>
>/s/ Andres H. Sandoval
>ANDRES H. SANDOVAL
>*Assistant United States Attorney*
>Georgia Bar No. 643257
>Andres.sandoval@usdoj.gov
>600 U.S. Courthouse
>75 Ted Turner Drive SW
>Atlanta, GA 30303
>(404) 581-6000 Fax (404) 581-6181

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES, | |
| PLAINTIFF, | Civil Action No. |
| v. | 2:20-CR-00053-RWS |
| LOUIS BERIA, | |
| DEFENDANT. | |

## Certificate of Service

I hereby certify that the foregoing document was filed and served using the Court's CM/ECF system, which sent a notice and link to the document to all parties who have registered for notices of electronic filings, including:

Bruce Howard Morris
bmorris@fmattorneys.com

*February 10, 2021*

/s/ ANDRES H. SANDOVAL
ANDRES H. SANDOVAL
*Assistant United States Attorney*

3