# ATTACHMENT "A"

## DEFINITIONS

1. **"Defendant"** means the defendant or witness to which this attachment, and any subpoena or discovery request, is directed.

2. **"Account"** shall mean any account (including any deposit, checking, savings, investment, brokerage, time-deposit, retirement, IRA, 401(k), or qualified tax-deferred account), held by a bank or financial institution.

## REQUESTS

1. For the last six (6) months, all monthly statements for any Account on which Defendant is an owner (whether solely or jointly), signatory, or beneficiary.

2. For the last three (3) months in which Defendant was employed (part-time or full-time), all wage, income, or earning statements, including paychecks.

3. For the last three (3) years, all of the Defendant's filed federal *and* state income tax returns (regardless of filing status), with all attachments and schedules, including all Forms W-2, 1099, and K-1.

4. For the last three (3) years, and for any corporate entity in which you are owner, shareholder, or member, all filed federal *and* state income tax returns, with all attachments and schedules, including all Forms W-2, 940, 941, 1099, and K-1.

5. For any real property owned (whether solely or jointly) or leased by Defendant, all deeds, leases, mortgages, or security deeds relating to such real property.

6. For any real property owned (whether solely or jointly) or leased by Defendant, the last available monthly or periodic statement for any mortgage loan.

7. For any vehicle owned (whether solely or jointly) by Defendant, all titles and registrations.

8. For any vehicle owned (whether solely or jointly) by Defendant, the last available monthly or periodic statement for any loan used to purchase such vehicle.

9. All life insurance policies, in which Defendant is the policy owner, insured, or beneficiary.

10. A completed U.S. Department of Justice *Financial Statement of Debtor*, attached hereto, with all supporting documents (i.e., "ATTACHMENTS REQUIRED") requested therein.

Updated as of February 2020