











A