





2001 Sylvan Road
THE NEW PARK
AT SYLVAN
APARTMENTS
404-755-8521

Image courtesy of
Yardi Matrix

16

<␊</␊>
<␊</␊>
<␊</␊>

<␊</␊>

<␊</␊>
<␊</␊>

<␊</␊>

AMERICAN
CORNERBREAD
COMPANY
MERRY
CHRISTMAS
NIKE
AIR

AQUAFINA
PARTY PACK 28
Crush
HAWAIIAN PUNCH
FRUIT JUICY RED
BIGMOUTH INC.
ginormous unicorn
SPRINKLER

HUGGIES