December 9, 2020

Judge Story,

  My name is William Simpson. I have known Louis Beria for several years both professionally & personally. When I first met him, I was a Senior at the University of North Georgia working part-time at a Country Club in his community. We struck up a friendship over time, and as I was finishing school we began to have conversations about my future. Louis had suggested that I apply for a position with his property management company. I was very excited about this opportunity because by this point, I knew that this man was an incredible person and to work with someone like this would be amazing opportunity.
  Fresh out of college, Louis saw something in me that gave him the confidence to hire me on the spot. I knew that I would be learning on the fly but never anticipated how much. Louis took me under his wing to mentor me in all facets of property management & finance
  Over time Louis and I developed a very close work relationship and friendship outside of the work realm, he has not just been my work mentor but a mentor for my life in general. We share stories, experiences and things he has learned along the way that can't be learned from a book. Louis has always shown extraordinary generosity and kindness to me and others for as long as I have known him. I can't say I have ever met a man quite like him. The way he has helped out tenants during this pandemic, taking special interest in cleaning up neighborhoods that have been let go and forgotten by the community, his desire to provide quality housing to lower income communities, showing care and compassion for things that most don't, it is truly special and rare. He has transformed the communities he has touched into something that most wouldn't be able to imagine, turning crime and drug infested communities into, family friendly "safe havens" for all. The employees that work for him, like working for him because of his passion and dedication to both them and his communities. He is always there for us for anything we need.
  I know Louis very well and know who he is as a person and I am hopeful that his character and the good he selflessly does for others is considered on this day. He has become such a big part of my life in many ways, and while he has taught me the standard that he keeps, it won't be easy to do it without him.

Thank you

*William Simpson*

William Simpson
678-697-2368

November 23, 2020

To Whom It May Concern,

I have worked with Mr. Louis Beria for the past two years in the Accounting Department at SRB2 Management. It is my responsibility to assist with pay roll for all our employees, pay all vendors and services rendered at the properties we manage in the Marietta & Atlanta areas.

I have known Mr. Beria to be a very caring and compassionate man. Meeting both our pay roll obligations and paying our vendors during the pandemic has been a struggle because a majority of our tenants are presently out of work and unable to pay rent. It has been Mr. Beria's position to keep all of our staff at full salary and to pay our vendors in a timely manner even when we did not take-in enough rent to cover all of our financial responsibilities. Mr. Beria did not lay off any of our work force & was understanding when some of our maintenance guys were concerned about working during the pandemic therefore, Mr. Beria provided masks, gloves, overalls, and other protective gear to insure that our staff and workers were able to work in a safe environment while continuing to provide for their families.

Mr. Beria even went one step further; he insured that our tenants had all of the resources available to them to apply for rental assistance programs in our area. Thanks to Mr. Beria, we have partnered with Star-C & United Way who are currently helping to pay down our tenant's past due rent plus personally contributing 10% towards their past due balances to make it easier for each tenant to bring their accounts to a "Good Standing" status without facing eviction.

I would like to give my personal thanks & appreciation to Mr. Beria for allowing me to work at home during the pandemic due to my underlying health issues. His compassion & empathy for others is a virtue that most high-level businessmen do not possess.

Respectfully,

Ms. Lisa Fingar

Accounting Staff

To whom it may concern,

My name is Samuel L. Moore III, I am an Atlanta police officer, and I am writing this letter on the behalf of Mr. Louis Beria. I have trained and worked as a police officer at the apartment complex that Mr. Beria now owns. I can attest that the former "caribou apartments" have been completely changed since Mr. Beria took over the complex.

The former Caribou apartment complex was infested with drugs, high violence, high crime, and was absolutely no place you would want to raise your children. Mr. Beria's renovations to the property alone makes it so much more beautiful for the residents who call it home. Before his renovations, the property was falling apart in every building and was no way safe to live in.

Mr. Beria main goal was to provide a clean and safe environment for his tenants. So, after renovations Mr. Beria contacted the local Atlanta police department and got us more involved to ensure the safety of his tenants. I then began to do security on the property.

Since I have been on the property, I have personally witnessed Mr. Beria give this community a chance to thrive. During this pandemic Mr. Beria went out of his way to ensure that his tenants had more time to pay rent and set up tenant friendly payment plans, for those who got far behind on their bills due to COVID 19.

Mr. Beria is needed in this community and I stand behind him.

*[signature: Samuel L. Moore III]*

To whom it may concern,

Mr Louis has two properties.
One property is located at 2401 Windy Hill Road Southeast Marietta Georgia. Before Mr. Louis purchase this property it was a blight on the community. It did not look good it was overgrown. The tenants and myself that have been living here for a while thought it was unsafe and poorly lit. Mr. Louis after purchasing the property made it safe for families. Especially the kids, able to go to the playground at play unattended now. It is amazing the difference one man can make.

Mr. Louis also has property Atlanta Georgia 2001 Sylvan Road. I know firsthand that this property was crime ridden and not maintained at all. Mr. Louis' purchase of property made it a safe, he gated community and fixed up the property up which is significantly better than other neighborhoods up in that area. He started a study program for the kids. Before the pandemic, after the Titanic had to be put on hold. But the property is safer to skated well-lit. The residence it's still live there for many years tell me did they feel a lot safer more families are living there, which is better for the community. I have work for Mr. Louis for a little better than 5 years now and he's always concerned with the families and live on his property making sure that they're safe and clean. I know Mr. Louis have purchased two properties here in Georgia and have made it a great impact on the standard of living and safety do the people that live on his properties. He is a vital part of this community, even when he was stuck out of town during covid we could see how important he was, things were not running the same without him being here. He keeps this community well kept for all of the families that live here.


Pete Dunmyer
Maintenance technician and tenant.

Tatyana Sanders
sanderstatyanna@icloud.com

I am a resident at the Yorkminster apartment complex apartment 16C. I have no complaints about living here, the community is safe and nice. Since Louis Beria has taken over the property the environment is better, safer, and many improvments have been made to the overall well being for all residents at the complex. Because of Mr.Beria we are delighted and thrilled to live here. Without him things would be totally different here, he has a tremendous impoact on our community.

Tatyana Sanders

**Jeanette Harley**
**2001 Sylvan Road 7a**
**Atlanta, Georgia 30310**

What a wonderful place Yorkminster is and what a great community has been made out of what was here prior. Yorkminster is a very family oriented complex that provides safe living environment for all. I am happy to have my grandchildren come visit me here. The owner has and is doing an outstanding job for the city and the local community.

*Jeanette Harley*

Good afternoon,

    This is Caisey Blunt from Yorkminster Square unit 10D. I wanted to take a moment to offer a sincere thank you for what you have done with Yorkminster Square. This place has truly become a haven for Sylvan road. From what I know this place wasn't always the best place to be. Since ownership has changed it is very clear that someone has taken it upon themselves to clean up and provide a great place for everyone. The owner and management have also been very helpful during these hard times by providing and working with me on rent relief and helping me get my rent under control. Thank you for all you do!

Caisey Blunt

*[signature]*

Jennifer Carter

2401 Windy Hill Road apt 1751C

Marietta, Georgia 30067


Mr. Beria

My name is Jennifer Carter and my son and I have called Westminster Square home for the last four years. This community has embraced us from the very first day that we stepped on this property. I've always felt safe, welcomed and heard. Prior to moving here my son and I were in a homeless shelter after falling on very hard times. Westminster Square was a reprieve and safe place for me to get back on my feet and to allow my son to grow, run, play and make life-long friends.

So I was shocked and scared when I lost my job due to Covid this summer. I was proud of the strides I'd made and feared we'd be in another situation like we were before. So when the Star-C Rental Grant became available I was so excited for an opportunity to have my rent paid. It was nothing short of a God-send. I'm sure you can imagine the stress and pressure one feels when they don't know how they'll pay their bill or properly take care of their family. Well your generosity made sure that didn't happen.

I just wanted to offer a small token of appreciation in this letter. Thank you doesn't quite do this opportunity justice. I am so grateful to you and I hope that you, your family and everyone involved in this process have a very blessed holiday season and go into an even more prosperous New Year.

All the best,

Jennifer Carter

To who it may concern                                12/8/2020

    I've lived on this apartment complex for 3 yrs. I remember the apartment when they were Caribu apartment and then the complex was full of drugs - apartments had been basically destored. The buildings and apartments also the tenents are totally a differt enveroment. I'm very comfortable in this complex and my babies is on a very clean and safe place to live. The management in the office is so active to make sure that we're noticed of any change coming fouth and also the people thenselue on the property is very knowledgeable to let us know of any changes or conditions. The rental agents are very open and honest that if needed for any reason they are there with no questions asked!

                                      Kylina Henderson
                                            3-B

Adrieinne Edwards 5A

Yorkminster has gone through quite the transformation over the past few years. I am very happy to call it home. The owner really maintains a safe and clean property. My granddaughter is able to play outside in the courtyards which are always maintained and safe. The owner has been very helpful with my rental payments this year which shows what a great human he is. Thank you!

*Adrien Edward*

Yorkminster Square Apartments

Hello, my name is Destiny Rolland from apartment 17D. This letter is to thank the owner for Yorkminster Square for everything he has done, going above and beyond anything I have seen. This is a very nice community with a great owner and staff. The owner has worked with me in more ways than one. He allows my child to hang out with Ms. Phyllis in the leasing office after school if I am running late from work. He makes sure the kids are safe getting of the bus. He really cares about the safety of my kids. He also has events in the community which is very nice, Christmas parties, Halloween parties, end of school parties. I feel good about letting my children play in the yard as it has really been cleaned up and no more crimes happening here since he has taken over. Also thank you to the owner for his compassion and doing whatever he can to help me get by on my rent this year. The owner is a vital member of our city.

Destiny Rolland

*[signature]*

Good day,

To whom it may concern

My name is Natalia John and I am a tenant at Yorkminster Square . I live in apartment 6C and have lived here for 3 years. I just want to tell you thank you from the bottom of my heart how I appreciate the community at Yorkminster. Since I have been a tenant the owner has gone above and beyond. No matter what the situation is you found a way to make things great for us. From decorating the complex during the holidays, ensuring that it remains a safe environment for our children, to having different events for the tenants. Its not only a business to you because you show love to your tenants, I am not sure of other tenants but I realllllly appreciate you. Honestly, I am not sure if I would still be a tenant if you weren't here. Please don't change who you are. My family will always be thankful to you.

Natalia John
2001 Sylvan Road 6C
Atlanta, Georgia 30310

Tatyana Sanders
sanderstatyanna@icloud.com

I am a resident at the Yorkminster apartment complex apartment 16C. I have no complaints about living here, the community is safe and nice. Since Louis Beria has taken over the property the environment is better, safer, and many improvments have been made to the overall well being for all residents at the complex. Because of Mr.Beria we are delighted and thrilled to live here. Without him things would be totally different here, he has a tremendous impoact on our community.


Tatyana Sanders

Good day

This is Natacha Kingoma, I would like to show my gratitude to Mr. Beria, I am deeply thankful and blessed for the special and amazing people like you in my life, your support and for uplifting both me and my family in this difficult time. We really appreciate you and may God Continue to bless you.
Happy Holidays.

Sincerely,
Natacha Kingoma
Unit 2419L-Westminster Square

To whom it may concern,

    I am Kenyetta Smith, a resident for about 7 years. Since moving to Yorkminster I have been very pleased with the service that has been given. Once the property was taken over by Mr. Louis Beria safety has not been an issue. Mr.Beria has made many upgrades to the complex, improved security, and has helped produce a much better environment. Living at Yorkminster is so much better and safe because of him. Without him it is likely the community would be crime infested, poor conditions, and unprofessional service to the tenants. The courtesy officer he has on site does his job very well. The Grounds are kept nice and the maintenance is up to par. I am very pleased since Mr.Beria has taken over.

Thank you

Kenyetta Smith
Yorkminster Square unit 3C