ALPHA FAMILY MEDICINE INC - 480 NORTH MAIN STREET, ALPHARETTA GA 30009-8386

BERIA, LOUIS (id #1463, dob: 06/01/1956)



**ALPHA FAMILY MEDICINE INC**
480 NORTH MAIN STREET Suite 202
ALPHARETTA, GA 30009-8386
Phone: (678) 619-1974, Fax: (678) 619-1966

Date: 12/16/2020

RE: Louis Beria, DOB: 06/01/1956, PT ID #1463

Honarable Judge,

Mr. Louis Beria has been seen in our clinic since 3/8/2016 for his medical condition, hypothyroidism.

Due to recent events, he developed hypertension, hyperlipidemia, prediabetes, obstructive sleep apnea, mild intermittent asthma, dyspepsia and anxiety. Therefore, he requests that his age and medical conditions be considered for a reduced sentencing.

Thank you for your kind consideration.

Sincerely,

*[signature]*

Electronically Signed by: SHYLA REDDY, MD



2300 Northside Crossing, Ste. B
Macon, Georgia 31210

P 855-2-Avilys (855-228-4597)
F 855-4-Avilys (855-428-4597)

Date: January 19, 2021

Re: Louis Beria (DOB: 06/01/1956)

To Whom It May Concern,

Louis Beria has been diagnosed with moderate obstructive sleep apnea and requires the use of a CPAP device during sleep. It is medically necessary that he continue to use his CPAP device nightly and during naps, even when incarcerated. His device should be set to 5-20 cm H2O. He uses a nasal pillow mask. It is recommended Mr. Beria follow-up in 6 months for device download review and apnea management.

Please feel free to contact our office with any questions or concerns.

Sincerely,

*Haley Reynolds, FNPC 1/19/21*
Haley Reynolds, FNP–C

www.avilyssleep.com