

December 10, 2020


Mr. Louis Beria
Owner
c/o Westminster Square Apartments
2401 Windy Hill Road
Marietta, GA 30067

Dear Mr. Beria:

I am the Executive Director for Star-C, a 501(c)3 nonprofit that operates in a 14-county region across Atlanta.  Before COVID hit, we offered wraparound services, such as free onsite afterschool/summer camp, wellness programs and food security, in partnership with affordable/workforce housing landlords to help stabilize families in their apartment homes and reduce transiency in nearby schools.  When transiency is reduced, children and their schools do better, and this is how we improve education.  This year, we also launched an eviction relief fund to help keep residents in their homes during the COVID crisis.  To date, we have paid out $2.9 million in rent assistance.

We want to thank you for partnering with us at Westminster Square and Yorkminster Square!  At Westminster Square, Star-C processed 58 applications and provided $124,380 in rent assistance. At Yorkminster, we processed three applications and provided $4,124 in rent assistance.  This was made possible because of you and your agreement to participate in our program! In order for the residents to get help from us, the program requires that you as the landlord collaborate and waive 10% of outstanding rent, plus late fees.  The rest is covered by us and the tenants.  Your participation was a meaningful investment in helping your residents maintain their housing, and you demonstrated tremendous compassion for families in need.

Across the Atlanta region, there are almost 260 properties encompassing 51,000 units registered for our program. Our partnership with you and your properties has been among the most successful.  Your staff has excelled at submitting qualified applications, and we appreciate you for the outstanding leadership you've shown during this historic pandemic.  Thank you again for all you've done and the impact you've had. We look forward to continuing to work together.


Sincerely,

Audrea N. Rease
Executive Director