December 26,2020

Chandrowti Beria
16 Jamaica Ave
Wyandanch, NY 11798

Dear Hon. Judge,

I have been trying to find words to write this letter for several weeks now. I know anytime now you will have task of sentencing Louis Beria, who was my husband for the past 35 yrs until we got separated in the year 2015. As you do this I will like to appeal to you to take a few things into consideration.

I was only four years of age when my father died. I grew up with a single mom and three other siblings. I thought I had the most difficult time growing up but not until I met Louis I realized what a devastating childhood he had growing up with a step father who didn't cared for him. At a young age he was forced to do strenuous labor to survive. He was so focused and dedicated to whatever he did, he built his first house in Venezuela at the age of eighteen. We left Venezuela and migrated to America so our three children can be better educated. We lived in a basement with our three children. Two of the children were underage, so I couldn't work. Louis was the sole provider for our family. He worked two jobs during the week and at weekends he delivered furniture for a company. For the forty years I have known Louis, I always known him to be a kind, generous, sympathetic, hard working, loving gentleman with the most appropriate behaviour towards his family and friends.

I do understand that Louis made mistakes and I know he is embarrassed and regretted all of them because that the kind of person he is. As humans we are susceptible to making bad decesions but we also have within us the power to change and remedy things to the best of our abilities. I know he will do anything to change and become the person he used to be. Your honor, I realize your obligation is to make sure justice is done and those before you are truly punished but please take into consideration that Louis has been an integral part of the community for many years. His efforts have made positive impacts upon people lives, whether its advice, participation or financially.

I am begging you to please be lenient towards him during sentencing because his health is deteriorating. He will be greatly missed by his three children and four grand children.


Yours Respectfully,
*[signature]*
Chandrowti Beria

December 30, 2020

Ramashree Singh
75B West Ave
Hicksville, NY 11801

Your Honor,

    I am writing to you concerning the case with defendant Louis Beria, my brother-in-law. When determining his sentencing I am imploring you to consider the essence of who he truly is and his overall character. I have personally grown to know Louis Beria over the course of forty years: in this time, I have borne witness to not only the highlights of his life, but how he emerged from his lows as well. Louis wed my oldest sister and sibling Chandrowti Beria in 1980, thus cementing his place in our family. Since being married and immigrating to the United States, Louis and Chandrowti have built a life together for not only them but their three children and grandchildren. Legacies and character take years to form and unfortunately, our family has learn that one wrong decision can ruin what took a man years to build.

    The Louis Beria I know is more than just a father, a husband or a brother-in-law. At his very core, he is a friend to all he meets. His humble beginnings began in rural Venezuela, where at the tender age of twelve, Louis was forced into manual labor as a means to provide for his parent and sibling. At this extremely formative age, it was decided for him that he would work after school. He worked tirelessly amongst adult males by breaking literal bricks for minimal pay. Louis was robbed of his youth and the first chance he got after marrying my sister at the age of twenty, he left his native Venezuela behind in search of a better life. After immigrating to the United States, with nothing more than perseverance and grit, Louis and my sister worked to achieve their version of the American dream.

    Louis worked day in and day out, seven days a week, renting a small basement for him and his family. When arriving to the United States, he worked operating machinery in a factory and will do whatever side jobs he could scrounge up. Lazy was never a word in his vocabulary. Louis knew the life he wanted for his children was far from what he had to endure, and he worked hard to accomplished that for them. He is selfless to a fault, nothing Louis does is ever with himself in mind, and this goes back to his childhood having to work to provide for others. He never questioned why he had to work the way he did, only how he would work to achieve comfort and security for those he loved.

    This man I am writing on behalf of is my brother, not my brother-in-law: Louis makes it easy to proclaim these words, because his actions, and how he treated the members of my family since day one. In-laws were never outlaws to him: once he wed my sister, two families merge into one. He always went above and beyond to be that extra son to my mother, a young widow of four children. Louis knew the hardship my mother had to endure as a single parent, a life quite similar to his in terms of adversity, and he would do his best to make her feel loved. This is the type of person he is, never missing a holiday, a birthday or a momentous occasion for any of his family members. Louis made the point to attend all three high school graduations for my children when their father was travelling and away for work. He taught all three of them how to ride a bike and bandaging up their scraped knees. He is a family man and friend on the deepest level, the type of man you would want your sister to marry. Someone worthy of her on every level.

Is he without flaws? Undoubtedly no. However, I recognize that even the most pristine of character has a past or an incident, at the very least, that they have grown from. From the countless heart to hearts I have had with Louis I can assure you that he is beyond remorseful for the crimes committed and wants nothing more than to right his wrongs. For his sake and his family, I wish he would have done things differently, but we all know lamenting the past does little to change the present and looking towards the future is the only true way to make amends.

I know that a mere letter from a stranger does little to shed light on who a person is and the relationship we have built over the past four decades. However, if my words can at least give you a glimpse into who my brother-in-law is, I know my efforts in writing this have failed to be futile. Please consider this man not only the crime. I am confident he will come out of this a changed man for the better and one who is willing and able to help once again rebuild his life with decency.


Respectfully,

*Ramashree Singh*
Ramashree Singh

Amit Beria
126 Seamans Neck Rd.
Dix Hills, NY 11746

Dear Judge,

My name is Amit Beria, the eldest son of Louis Beria. I am writing this letter on behalf of my dad, the man whom I admire and love the most of my life. I have a very close relationship with my dad and because of that I can share the ups and downs of his life.

His mom and dad separated when he was a child and because of that he was forced to do strenuous work to assist his mom and his sibling. My dad never experienced what a normal life of a child supposed to be, because he was forced to be adult before his time. His mom died at an early age, leaving him with the responsibilities to take care of his sister. My dad never gave up, with determination he was able to work and achieve a high school education. At the age of eighteen, he built his first home in Venezuela. In the year 1987, he left Venezuela so his children can have a better future. Starting from a basement up, my dad worked several jobs to take care of his family. Two years after he came to this country he bought his first American home. Growing up as a child, I rarely saw my dad because he had to work so much in order to provide for his family. He never let us work a single day until we finished with our schools. My dad always find the time to help others too, with advice, finance whatever little he can. As I looked back to my upbringings and my present situation, having a child of my own, I am very proud of my dad. If I can achieve half of what my dad had accomplished, I know I will be one proud father.

Although, it seems hard to believe or understand that my dad, Louis Beria is a good person and had always had morality in his actions, I can assure you that even if he has his ups and downs in life, my dad is a human being with a good heart and a decent person who dedicated his life to his family and all those whom he can rendered assistance to. Certainly, he made some mistakes of which I am convinced that he is very sorry and embarrassed for having committed, for which he will be fully prepared to repair as best as he can but this can only be possible your honor if you give him the opportunity to do so. Also, please consider my dad is not in the best of health, he has high blood pressure, breathing and thyroid problem to name a few.

Thank You,

Amit Beria

To Whom it May Concern,

The purpose of this letter is to provide a character reference for my father, Louis Beria, whom I have known my entire life. I am his only daughter and the eldest of his three children.

My father was born on June 1st, 1956 into impoverished conditions. As his parents were separated, he worked extremely hard throughout his childhood and young adult life to provide for himself. His meager upbringing taught him the importance of family and learning which he instilled into his children.

Growing up I remember my father always working. Whether it was welding tools, working night shifts as a sheet medal fabricator, fixing our home(s) and a plethora of other things, he was always doing the most he could to provide for his family. After purchasing my house, my father dedicated day after day to helping my husband and I fix it in order to make it our home. He worked his regular job during the day then toiled in our home throughout the evening. Although he was busy, my father always found time for his children. Thanks to him and my mother, we had a wonderful childhood filled with gardening, bike rides, movie nights, barbeques and of course plenty of laughter.

As I got older and became a parent myself, my relationship with him grew into one of mutual understanding and admiration. When my daughter, his first grandchild was born, my father came to see her every single day. This small act showed me that regardless of anything going on in his life, the love he has for us always took precedent above all else.

My father is also extremely generous and kind. He is always willing to help others in any way he can. Throughout his life he has donated his time and knowledge to aid those in need. His charitable nature extends to all.

Throughout my life I have always felt thankful for having a father who remained steadfast to his family even though he never knew the same type of love and commitment. I understand that he has made mistakes and will need to face the consequences of his actions. Nevertheless, I implore you to take into consideration that Louis Beria, my father, has lived an overall upstanding, dedicated life and is the backbone of our family. Additionally, in the last few years his health has continued to decline, and we are concerned for his future. He is loved by many, none more than me.

Thank you very much for your time and consideration.

Sincerely,

*Natasha Ramjit*
Natasha Ramjit

Hardai Harriram

50 Ormond Street,

Town of Huntington

New York 11746

January 1, 2021

Your Honor,

My name is Hardai Harriram, former mother-in-law of Louis Beria. Louis has explained to me, that he is involved in a legal situation and will have to go away to prison for some time. I understand that we are all responsible for our actions and by no means am I condoning what he has done.

However, please bear with me while I tell you a little of the Louis I have come to know and love as a son over the past forty years. Our relationship is that of mother and son. Louis has always treated me with the patience, love, and respect of a son while married to my daughter and still continues to treat me in the same manner. He makes sure I am taken care of medically, clothing, shelter etc. but most importantly he takes the time to talk and listen to me weekly. He has never been afraid of hard work, always give generously and helps out other elderly family members, churches and the less fortunate. Louis has had a difficult childhood and hard life and as such he is always sympathetic towards peoples in need.

I truly, understand that everyone has to take responsibility for their actions, and Louis will have to go to prison. I humbly appeal to you if you can find it in your heart to please grant whatever kindness you can while deciding his fate.

Louis has always been very caring and respectful he has never been in trouble before. He is sorry and embarrassed and has assured me that he has learnt from this and will never get into a situation like this again.

Thank you for your time and patience,

*Hardai Harriram* (signature)

Hardai Harriram

January 30, 2021

To whom it may concern:

As Louis Beria's daughter-in-law, I am writing to share about the integrity of his character. In our younger years when my husband (his youngest son) and I were dating, Louis was immediately accepting of our relationship. I remember the day that my husband proposed to me, as it was the happiest that I have ever seen my Father-In-law. Louis has always been our primary source of support and encouragement as young adults. Louis has always supported my professional endeavors and took pride in having me as a part of the family. Louis has always treated me as I was his own daughter, and he always has shown that he cares about my overall well-being and health . I would not be where I am today in life, as a successful, career-driven individual and leader, without his assistance. I was fortunate enough to be able to attend graduate school at the university of my choice, and be able to focus on my course work and field work as a Social Worker, because of Louis. As I pursued my graduate education, Louis was able to provide me with a reliable vehicle to drive to classes and financially assisted my husband and I while I was pursuing my education. As I was unable to work full-time due to being a graduate student,  Louis ensured that I had everything that I needed financially to succeed.  While my own parents were unable to assist me financially, Louis was always there to help my husband and I, no questions asked.  As a hard-working wife and Mother, I have appreciated Louis's hard-working characteristics as well.

Additionally, another attribute that I admire about Louis is how much he loves his children (Natasha, Amit, and Anil). In my lifetime, I have never seen a man who loves his children more than Louis does . Even during financial hardships, Louis has never fallen short as a loving, dedicated Father.  He prides himself in spending as much time as possible with his children and grandchildren. Louis has spent a great deal of time with his children in order to instill quality values in them such as teaching them to be educated,  spiritual and religious, and family oriented. He has ensured that his children remain a cohesive part of the family and he is always planning for the future of his four grandchildren as well . When I became a part of the Beria family, I learned a great deal about the importance of the family values and cohesiveness that Louis believe in.

Despite the pending legal situation,  on behalf of the Beria family, I am asking you to kindly consider the character and perseverance of my Father - In- Law, Louis Beria, for the greater good.

Kind regards,

*Stephanie Beria, Licensed Master of Social Work (LMSW)*

January, 31 2021

Anil O Beria

To whom it may concern,

    As my Father's (Louis Beria's) youngest child, I am writing to inform you of the integrity of his character, based on my experiences through the many years with him. My Father never shared much about his childhood experiences; as each time he attempted to, he would become emotional His childhood was stricken by poverty as he was raised by a single mother. He could not afford the basic necessities of life, such as a pair of shoes to wear, and had to work hard to help provide money to purchase food for the family even at a young age.

    Since my earliest days, I can remember my Father was always a hard worker. He would be out of the house from the early morning to late every single night, working double shifts to provide for myself my older Brother , Sister, and Mother. When he was home on the weekends he would work hard to manage the house, maintain the lawn, clean up, and general repairs. He would make my brother and I go with him and make sure to teach us a skill or what goes into a hard day's work. Teaching us working skills wasn't the only thing he taught us, he made sure that we showed people respect Additionally, my Father taught us what was right and wrong and how to be a good man overall as well. He always was a righteous person by nature, as he stands for what is right and what is just and fair. He taught us that in life you have to work hard, be a good human being, and give back to others, with the expectation of nothing in return. These training sessions continued on for years up until I was getting ready to go to college, and even then, he ensured that he spent time with me and my Brother on the weekends. We would go for long bike rides and walks and he would always have some good advice for us.

    During my college years, there were many struggles, as my family faced financial hardships . When I needed the help the most, my Father stepped up to the plate and took on extra work just to provide me with the financial assistance that I required. I was fortunate enough, thanks to him, to receive that helping hand to make it through school. Helping his son get through college was not the only thing Louis did to help others. He would always help family members that were going through hard times, whether it was a broken boiler in the middle of the winter to a flooded basement in the summer. He would cook food just to take to give to some relatives and family friends that were on hard times. If you had a party or construction projects or just needed an extra hand he was always there for everybody, he was always known for this. He loved his family and in good faith just wanted to help everybody he could. He would never ask for anything in return ever.

    After spending so many years with someone that has always done the right thing no matter what the circumstances are, it does rub off on you. Today I am a father myself to a son and happily married. These values I grew up learning from my Father of virtue and righteousness, helping others and having respect for yourself and others are taught to my son. I can feel confident to say that my Father is a good man, has always been and always put the right foot first no matter the circumstance. Regardless

of the legal issues that he may be facing, it is import to take note of the character of my Father Louis. He has lived a good, honest life, he is a great Father, a loving human being, and always stands for the right thing. I ask the courts to give Louis a second chance and to look past the financial troubles he may be in. Look at the type of person he is, the values he carries, and the motivation he possesses to always strive to be a better person.

Warm Regards,

Anil O Beria, BBA. Hofstra University

Lynnette Bubb

132 Cedarhurst Ave.

Apt.2a

Cedarhurst, NY

December 26th, 2020

To whom it may concern,

Dear Sir/Madam,

    It is my honor to give a character reference on behalf of Louis Beria.

My name us Lynnette Bobb, I am a nurse, approximately twenty years ago I was introduced to Louis Beria by a family friend at the time I was in a desperate situation going through a divorce from an abusive husband and a nasty custody battle for my son.

Louis with the blessing of his wife, became a brother to me and a mentor to my son, who at the time was very confused and was acting out. He would call on us, check up on us and made sure we were ok. He would spend time with my son and talk to him and mentor him. He didn't have to, he had three young kids of his own and was working two jobs.

Today my son is a graduate from one of New York's most prestigious university and a productive member of society, he is a happy and well- rounded young man and myself happy and grateful for Louis help. I sincerely feel if it were not for Louis's support, help and guidance our lives would have turn out differently.

Yours truly

*Lynnette Bubb*

Lynnette Bubb

TO WHOM IT MAY CONCERN,

THIS IS JUST A NOTE OF ACKNOWLEDGEMENT OF INTEGRITY. I MET LOUIS ABOUT 30 YEARS AGO AND WE BECAME FRIENDS. HE ALWAYS SAY TO ME, TO BE A GOOD, LAW-ABIDING, HELPFUL PERSON, IN EVERY RESPECT. I FELT LIKE HE WAS LIKE AN OLDER BROTHER THAN JUST A FRIEND. I ALSO FOUND OUT HE LIKES TO GO TO RELIGOUS MEETING AND GIVE DONATIONS.

HOWEVER, ABOUT 15 YEARS AGO, I WAS REALLY AT A POINT OF LOSING MY FAMILY. I STARTED TO LOOK LIKE A ~~JOB~~ FAILURE. LOUIS GOT ME A JOB IN WHICH I PROGRESSED FROM THERE TO KEEP MY FAMILY TOGETHER. I DO NOT KNOW HOW TO PUT A VALUE TO SUCH AN ACTION, NOR HE HAD NO IDEA WHAT A ~~GOOD~~ GOOD DEED ON HIS PART, BECAUSE IN HIS WAY, "WHAT ARE FRIENDS FOR?"

I SAY THESE FEW WORDS, NOT FOR LOUIS, BUT ABOUT HIMSELF, FOR WHATEVER IT WORTH. EVERYONE OF US WILL GO THROUGH DAILY JUDGEMENT. AND IT DOES NOT ~~ITS~~ MATTER HOW PERFECT WE THINK WE ARE, WE HAVE A LOT TO IMPROV WITH ENOUGH GOOD CONSIDERATION AND OUR FELLOW MANKIND BELIEVING IN US, I THINK THERE IS A LOT TO OFFER IN THE FUTURE.

THANK YOU FOR READING

A Friend
George Alvarez
01/02/2021