# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:20-cr-00053-RWS
### USA v. Beria
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 03/09/2021.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:20 A.M.
TIME IN COURT: 1:20
OFFICE LOCATION: Gainesville

COURT REPORTER: Amanda Lohnaas
USPO: Dana Johnson
DEPUTY CLERK: Stacey Kemp

DEFENDANT(S): [1]Louis Beria Present at proceedings

ATTORNEY(S) PRESENT:
Randy Chartash representing Louis Beria
Christopher Huber representing USA
Bruce Morris representing Louis Beria

PROCEEDING CATEGORY: Sentencing Hearing(Sentencing Hearing Non-evidentiary);

MINUTE TEXT: Cause came before the Court for Sentencing. Defendant waived his right to appear in-person and the hearing proceeded with all parties appearing via Zoom video teleconference. Sentence; 51 months CBOP; 3 years Supervised Release; $100 Special Assessment; Fine and costs of incarceration were waived; $1,621,979 Restitution. Restitution will be paid at a rate of no less than $500 per month and will commence 60 days after the conclusion of the custodial sentence. The Court orders for interest on the restitution to commence at the start of supervised release. The Court will recommend to BOP for designation to a facility as close to Atlanta as possible for service of sentence and for defendant to participate in RDAP during incarceration. Defendant will be allowed to voluntarily surrender no sooner than June 1, 2021. Right of appeal explained. No objections to the sentence imposed. Defendant will be subject to the same terms and conditions of supervision until he is directed to report by United States Marshal Service.

HEARING STATUS: Hearing Concluded