

*U.S. Department of Justice*
United States Marshals Service
75 Ted Turner Drive Suite 1600
Atlanta, GA 30303

Michael Yeager
U S Marshal

May 4, 2021

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 06 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**Mr. LOUIS BERIA**
USMS# 73273-019
Case# 2:20-CR-053-01-RWS

Dear Mr. BERIA

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

|   |   |
|---|---|
| INSTITUTION: | FCI Talladega SCP<br>565 East Renfroe Road<br>Talladega, Al. 35160 |
| TELEPHONE NO.: | (256) 315-4100 |
| REPORT DATE: | **NOON, JUNE 02, 2021** |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Michael Yeager
United States Marshal

Ronnie Virden
Criminal Section