UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF GEORGIA

---

UNITED STATES

          Plaintiff,

                                  Docket No: 2:20-CR-053-01-RWS

v.

LOUIS BERIA

          Defendant

---

IN THIS PRO SE motion, I am respectfully asking this Court to issue an order for the return of the defendant Louis Beria's passport. The defendant's passport is in the possession of the U.S. Probation.

On November 4, 2020, defendant Louis Beria waived indictment before U.S. District Judge Richard W. Story. Around that time, Mr. Beria surrendered his passport to U.S. Probation Pretrial Services. Mr. Beria subsequently was sentenced to 51 months in prison and voluntarily surrendered on June 2, 2021, to the Federal Bureau of Prisons. On April 4, 2023, Mr. Beria was released from the Federal Bureau of Prisons and began serving a 3-year period of Supervised Release.

Due to the defendant making all appearances, having been sentenced to a term of prison, and is now released from Bureau of Prisons custody, the defendant requests that the Court order U.S. Probation for the Northern District of Georgia to return passports Mr. Beria's passport to 50 Ormond St. Dix Hills, NY 11746.

Respectfully submitted,

Date: February 13, 2024.

_____

Louis Beria

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause

appearing therefrom, adopts the stipulation of the parties in its entirety and it is so order.

IT IS SO ORDERED. Dated: February 13, 2024.

_____

RICHARD W. STORY, U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT




U.S. District Judge Richard W. Story
Attn: Clerk For Judge Story
221 Richard B. Russel Federal Building
and United States Courthouse
75 Ted Turner Drive, SW Atlanta
GA 30303-3309

Louis Beria
50 Ormond St.
Dix Hills NY 11746