IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS BERIA,<br><br>     Defendant. | Criminal Action No.<br><br>2:20-cr-53-RWS |

## ORDER

This case comes before the Court on Defendant Louis Beria's *Pro Se* Motion for Return of Passport [Dkt. 21]. Consistent with the practice and policy of the U.S. Probation Department, Northern District of Georgia, Mr. Beria surrendered his passport to U.S. Probation shortly after his conviction in March 2021. The U.S. Probation Department advises that, upon conviction, pursuant to national policy, it is required to return a defendant's passport to the U.S. State Department, which occurred with Mr. Beria's passport. U.S. Probation further advises that the appropriate remedy is for Mr. Beria to apply for a new passport. Accordingly, the Court is unable to grant the requested relief.

It is **ORDERED** that Defendant's *Pro Se* Motion for Return of Passport [Dkt. 21] is **DENIED**.

**SO ORDERED** this 20th day of March, 2024.

_____
**RICHARD W. STORY**
United States District Judge