IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS BERIA,<br>    Defendant. | Criminal Action No.<br><br>2:20-cr-53-RWS |

## ORDER

This case comes before the Court on Defendant Louis Beria's *Pro Se* Motion for Early Termination of Supervision [Dkt. 23], which is unopposed by the Government.

On November 4, 2020, having waived indictment, Defendant Beria tendered a negotiated guilty plea to an information charging one count of wire fraud, in violation of 18 U.S.C. § 1343. [Dkts. 3, 5, and 5-1]. On March 9, 2021, Beria was sentenced to a 51-month term of imprisonment, to be followed by a 3-year term of supervised release. [Dkt. 16 – Judgment & Commitment Order ("J&C")]. At age 68, Beria has since completed his custodial sentence and approximately two-thirds of his term of supervised release without incident. See 18 U.S.C. § 3583(e). Beria currently lives in the State of New York with his daughter. Beria is also consistently making restitution payments. [See J&C at 5; Motion, at 4].[1] The

---

[1] In his Motion, Beria represents the following:

United States Attorney's Office consents to early termination given Beria's positive adjustment to community supervision. For these reasons, and with the Government's consent, the Court finds that termination of supervision is appropriate.

It is **ORDERED** that Defendant's *Pro Se* Motion for Early Termination of Supervision [Dkt. 23] is **GRANTED**. Termination of supervision does not alter Defendant's restitution obligation.

**SO ORDERED** this 28th day of May, 2025.

_____
**RICHARD W. STORY**
United States District Judge

---

The defendant has never missed a payment towards his restitution and is committed to continuing to do so. The [D]epartment of Justice has garnished his Social Security income in the amount of $343 monthly and the defendant pays an additional $500 monthly which amounts to around thirty seven percent of his total income. The defendant will make additional payments toward his restitution once his health improves and can find part time work.